# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 14-17290-MDC

VALERIE A. SMITH

30 CALVARY DRIVE

HORSHAM, PA 19044

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VALERIE A. SMITH

30 CALVARY DRIVE

HORSHAM, PA 19044

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Date: 11/7/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee