United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-17290-mdc
Valerie A. Smith                                                    Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JEGilmore            Page 1 of 2             Date Rcvd: Aug 18, 2020
                               Form ID: 138NEW            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
```
db             +Valerie A. Smith,    30 Calvary Drive,    Horsham, PA 19044-1144
aty            +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13384080       +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
13662470       +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13384085       +Edwin A. Abrahamsen & Assoc.,    ATTN: Michael F. Ratchford,
                120 North Keyser Avenue 18504-9701
13413057      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
                Colorado Springs, CO  80962)
13384086       +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
13384087        PNC Bank,    Centralized Cust. Assist. Team,    PO Box 1366,    Pittsburgh, PA  15230-1366
13452797        PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio   45342-5421
14239373       +PNC Bank, NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13393267       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:03     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:28     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13384081        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 04:12:28     Capital One,
                PO Box 30285,    Salt Lake City, UT  84130-0285
13452336        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 04:12:55
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13384084        E-mail/Text: mrdiscen@discover.com Aug 19 2020 04:11:15     Discover,    PO Box 30943,
                Salt Lake City, UT  84130-0285
13393793        E-mail/Text: mrdiscen@discover.com Aug 19 2020 04:11:15     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13384082        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 04:12:54     Chase Bank,
                PO Box 15298,    Wilmington, DE  19886-5298
13384083        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 04:12:54     Chase Home Finance,
                PO Box 24696,    Columbus, OH  43224-0696
13384088        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 04:12:30
                Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA  23502-0000
13742715        E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 04:11:29
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13410212        E-mail/PDF: rmscedi@recoverycorp.com Aug 19 2020 04:12:56
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13458509        E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:53     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13384090       +E-mail/Text: BKRMailOps@weltman.com Aug 19 2020 04:11:46     Weltman, Weinberg & Reis Co.,
                ATTN: Michael J. Dougherty,    325 Chestnut Street, Ste. 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 15
```

```
                       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13384091*      +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
13384092*       Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
13384095*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover,    PO Box 30943,    Salt Lake City, UT  84130-0285)
13384096*      +Edwin A. Abrahamsen & Assoc.,    ATTN: Michael F. Ratchford,
                120 North Keyser Avenue 18504-9701
13384097*      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
13384093*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Chase Bank,    PO Box 15298,    Wilmington, DE  19886-5298)
13384094*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Chase Home Finance,    PO Box 24696,    Columbus, OH  43224-0696)
13384098*       PNC Bank,    Centralized Cust. Assist. Team,    PO Box 1366,    Pittsburgh, PA  15230-1366
13384099*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd.,
                Norfolk, VA  23502-0000)
13384089*      +Valerie A. Smith,    30 Calvary Drive,    Horsham, PA 19044-1144
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Aug 18, 2020
                              Form ID: 138NEW              Total Noticed: 26

             ***** BYPASSED RECIPIENTS (continued) *****
13384100*       +Valerie A. Smith,    30 Calvary Drive,    Horsham, PA 19044-1144
13384101*       +Weltman, Weinberg & Reis Co.,    ATTN: Michael J. Dougherty,    325 Chestnut Street, Ste. 501,
                  Philadelphia, PA 19106-2605
                                                                                            TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Valerie A. Smith dianamdixonesq@gmail.com
              HAROLD N. KAPLAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION hkaplan@rasnj.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Valerie A. Smith
      Debtor(s)

Bankruptcy No: 14–17290–mdc
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

              900 Market Street
              Suite 400
              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                          For The Court
                          Timothy B. McGrath
                          Clerk of Court

Dated: 8/18/20

                                      56 – 55
                               Form 138_new